O
JS-6

1  **Jason K. Singleton**, State Bar #166170
2  jason@singletonlawgroup.com
   **SINGLETON LAW GROUP**
3  611 "L" Street, Suite A
   **Eureka, CA 95501**
4  **(707) 441-1177**
   **FAX  441-1533**
5
6  Attorney for Plaintiff, TED ROBINSON

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED ROBINSON, | Case No. CV12-8243 CAS (SHx) |
| Plaintiff, | [proposed] JUDGMENT |
| v. | |
| LOS GUEROS, INC., a California corporation, DANNY CASTRELLON, LUZ ELENA CASTRELLON, dba LOS GUEROS MEXICAN RESTAURANT, RIGOBERTO B. SERRANO, PRIMITIVA C. SERRANO, and DOES ONE TO TEN, inclusive, | |
| Defendants. | |

Plaintiff's Application for Entry of Default Judgment was filed in the above entitled matter on May 21, 2013 after the Default by Clerk was filed on April 24, 2013. The Court, having reviewed Plaintiff's Request to Enter Default and Application for Entry of Default Judgment and Declaration of Jason K. Singleton, and no response having been received from defaulting Defendants, hereby grants Application for Entry of Default Judgment as follows:

1.    Judgment is entered in favor of **TED ROBINSON**, and against Defendants, **LOS GUEROS, INC., a California corporation, DANNY CASTRELLON, LUZ ELENA CASTRELLON, dba LOS GUEROS MEXICAN RESTAURANT,**

1 **RIGOBERTO B. SERRANO, PRIMITIVA C. SERRANO,** in the sum of FOUR THOUSAND DOLLARS ($4,000.00) Principal, with interest thereon to accrue from the date of entry of an Abstract of Judgment and shall bear the rate under 28 *U.S.C.* §1963, attorney fees and costs in the sum of $600.00. See Local Rule 55.

2. Plaintiff also seeks injunctive relief herein requiring Defendants to provide barrier-free access to **LOS GUEROS MEXICAN RESTAURANT** in conformity with both Federal and California legal requirements including the following specific actions:

### Injunctive Relief:

a. Provide the restroom with an accessible entrance;

b. Install grab bars; and

c. Correct the improperly mounted urinal.

**IT IS SO ORDERED.**

Dated: August 1, 2013

*[signature: Christina A. Snyder]*

**CHRISTINA A. SNYDER**
UNITED STATES DISTRICT JUDGE